1 | ADAM C. BROWN (SBN 161951)
**BROWN & ASSOCIATES**
2 | **A Professional Law Corporation**
11140 Fair Oaks Boulevard, Suite 100
3 | Fair Oaks, CA 95628
Telephone: (916) 859-4910
4 | Facsimile: (916) 859-4911

5 | Attorneys for Plaintiff,
THE RICE CORPORATION dba
6 | THE RICE COMPANY

7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | THE RICE CORPORATION dba THE RICE ) CASE NO. CIV.S-04-1377 RRB KJM
COMPANY, a Delaware corporation, )
12 | ) **STIPULATION OF DISMISSAL AND**
Plaintiff, ) **PROPOSED ORDER THEREON**
13 | )
vs. )
14 | )
GRAINS JAMAICA LIMITED, a foreign )
15 | corporation; DANNY L. WIGINTON; LYN )
WIGINTON; JOHN NEWCOMB; PAUL )
16 | BILLINGS; W. MINOR TAYLOR; ESTATE )
OF BILL TAYLOR; COMMODITY )
17 | CREDIT CORPORATION, and DOES 1 )
through 50, inclusive, )
18 | )
Defendants. )
19 | _____ )

1

**STIPULATION OF DISMISSAL AND PROPOSED ORDER THEREON**

TO ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff The Rice Corporation dba The Rice Company, through its designated counsel and Defendant Commodity Credit Corporation, through their designated counsel, that the above action, including Plaintiff's Complaint, in its entirety, be dismissed without prejudice pursuant to FRCP 41(a)(1). All sides agree to bear their own attorneys' fees and costs.

Date: September 6, 2007                      BROWN & ASSOCIATES, PLC


                                             By:    /S/ Adam C. Brown
                                                   ADAM C. BROWN
                                                   Attorneys for PLAINTIFF


Date: September 6, 2007                      McGREGOR W. SCOTT
                                             United States Attorney


                                             By:    /S/ Bobbie J. Montoya
                                                   BOBBIE J. MONTOYA
                                                   Assistant U.S. Attorney
                                                   Attorney for Defendant
                                                   Commodity Credit Corporation


## ORDER OF DISMISSAL

Premised upon the Stipulation of the parties who have appeared in this lawsuit, it is hereby ordered that Plaintiff's Complaint in its entirety be, and is hereby, dismissed without prejudice. All sides to bear their own attorneys' fees and costs.


Dated:  September 10, 2007                   /s/ Ralph R. Beistline
                                             JUDGE RALPH R. BEISTLINE